UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRANDON STEVENSON** | **CASE NO. 5:24-CV-00808 SEC P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **LONNIE NAIL** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for temporary restraining order and preliminary injunction [Doc. No. 3] is **DENIED.**

**MONROE, LOUISIANA,** this 30th day of July 2024.

_____
**JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**