UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRANDON STEVENSON #376827** | **CIVIL ACTION NO. 24-cv-00808 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LONNIE NAIL** | **MAGISTRATE JUDGE HORNSBY** |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 23] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Lonnie Nail's Motion to Dismiss [Doc. No. 17] is **DENIED.**

Monroe, Louisiana, this 13th day of March 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE