# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BRANDON STEVENSON #376827** | **CASE NO. 5:24-CV-00808 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LONNIE NAIL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 56] with Plaintiff Brandon Stevenson's ("Plaintiff") written and filed objections thereto [Doc. No. 60], and reviewing the record *de novo* and concurring with the findings and reasons of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion for Summary Judgment [Doc. No. 51] filed by Defendant, Lonnie Nail ("Defendant"), is **GRANTED**, and all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** as there is no reasonable basis for a jury to find that Defendant violated Plaintiff's Eighth Amendment rights by using excessive force.

MONROE, LOUISIANA, this 20th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE